In the Matter of the Accounting of WILLIAM J. MAGAVERN, as Trustee of the Estate of GEORGE H. SWEET, Deceased, Respondent.

ROSE ROCKWELL, Appellant.

Argued February 23, 1944; decided April 6, 1944.

*Emil Rubenstein* and *George M. Raikin* for appellant.

*Samuel D. Magavern* and *John M. Gorman* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.